No. 66.—EX PARTE ESCALERA, peticionario.— Diciembre 15, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Examinada la moción que antecede, firmada por el peticionario en persona, y estando como está dicho peticionario representado por su abogado de récord, no ha lugar a la nueva vista solicitada, sin perjuicio de que el peticionario, con la anuencia de su referido abogado, presente por escrito las razones adicionales indicadas en su moción dentro de un período de cinco días a contar de esta fecha.